UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14008-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHAD MICHAEL KOUNS,

    Defendant.
_____/



FILED by _____ D.C.

JUL 19 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## REPORT AND RECOMMENDATION ON PETITION
## FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for an evidentiary hearing on July 19, 2007 in respect to the Petition for Violation of Supervised Release, and this Court having conducted a hearing, recommends to the District Court as follows:

1. At the outset of the hearing, the Defendant, through his attorney, announced that he was admitting the three violations alleged in the Petition. Those violations are as follows:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On June 14, 15 and 18, 2007, the offender submitted urine specimens that tested positive for the presence of cocaine in our local laboratory. On June 29, 2007, the offender admitted in writing to having used cocaine on or about June 14, 2007. |
| **Violation Number 2** | **Violation of Standard Condition**, by failing to follow the instructions of the Probation Officer. Between March 22, 2007 and March 31, 2007, the offender failed to perform five hours or more of community service as instructed by the Probation Officer. |

**Violation Number 3**    **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report. The defendant's April 2007 monthly supervision report contained false information regarding how many hours of community service he performed that month, when in fact evidence and statements including community service records and discussions with the Manager of the Goodwill Store in Vero Beach indicate this to be false.

2. The Defendant acknowledged that he understood his rights to an evidentiary hearing in this case and that by admitting these violations he would be waiving those rights associated with such a hearing. This Court is satisfied that the Defendant understands the consequences of his admissions and that all that will remain will be for Judge Moore to conduct a sentencing hearing to determine what sentence to be imposed. Further, this Court is satisfied that the Defendant is knowingly, willingly and voluntarily entering his admissions to these violations without any promises, threats or coercion from anyone.

3. Based upon the Defendant's admissions, this Court finds and recommends to the District Court that the Defendant has violated his supervised release in respect to Violations 1 through 3 as alleged in the Petition.

**ACCORDINGLY,** this Court recommends to the District Court that the Defendant be found to have violated his supervised release and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this /6th day of July, 2007, at Ft. Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc:
Hon. K. Michael Moore
AUSA Theodore Cooperstein
AFPD Robin Rosen-Evans
U.S. Probation Office
U.S. Marshal