UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14008-CR-MOORE

UNITED STATES OF AMERICA,

      Plaintiff(s),

vs.

CHAD MICHAEL KOUNS,

      Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Petition and for Violation of Supervised Release issued July 19, 2007 [35]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation issued July 19, 2007 [35] is hereby **ADOPTED**.

DONE AND ORDERED in Chambers at Miami, Florida this 23 day of August, 2007.

                                      K. MICHAEL MOORE
                                      UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record